**DISMISS; and Opinion Filed June 28, 2018.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01371-CV

### ROSE JOHNSON, Appellant
### V.
### DALLAS COUNTY, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-16-00982**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Whitehill
Opinion by Justice Fillmore

Appellant's brief in this case is overdue.[1]  By postcard dated May 7, 2018, we notified appellant the time for filing her brief had expired.  We directed appellant to file a brief and an extension motion within ten days.  We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.   To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

---

[1] Appellant filed a docketing statement on December 8, 2017 indicating she had not requested a reporter's record.  By letter dated March 29, 2018, the court reporter verified appellant had not requested a reporter's record.  Therefore, the deadline for filing appellant's brief was thirty days after the clerk's record was filed.  *See* TEX. R. APP. P. 38.6.

Accordingly, we dismiss this appeal.  TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE


171371F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROSE JOHNSON, Appellant

No. 05-17-01371-CV     V.

DALLAS COUNTY, Appellee

On Appeal from the 191st Judicial District Court, Dallas County, Texas
Trial Court Cause No. TX-16-00982.
Opinion delivered by Justice Fillmore.
Justices Francis and Whitehill participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee DALLAS COUNTY recover its costs of this appeal from appellant ROSE JOHNSON.

Judgment entered this 28th day of June, 2018.